UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIELLE DUFRENSE CASEY,** | * | **CIVIL ACTION NO.:  09-7252** |
| *PLAINTIFF* | * | |
| | * | **JUDGE: HELEN G. BERRIGAN** |
| **VERSUS** | * | |
| | * | **MAG. JDG.: JOSEPH C. WILKINSON** |
| **FORD MOTOR CREDIT COMPANY** | * | |
| **LLC and LCRS, INC.,** | * | |
| *DEFENDANTS* | * | |
| **\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*** | | |

## MOTION TO DISMISS WITH PREJUDICE

Plaintiff/defendant-in-counterclaim, Danielle Dufrense Casey ("Casey"), and defendant/plaintiff-in-counterclaim, Ford Motor Credit Company LLC ("Ford Credit"), upon representing to the Court that they have settled and compromised all claims and disputes by and between themselves in this matter, move this Court for an order dismissing with prejudice all claims and demands asserted by Casey against Ford Credit in this matter, and all claims and demands asserted by Ford Credit against Casey in this matter, with each party to bear its own respective costs of court and attorneys fees, and with Ford Credit and Casey reserving all of their respective rights and claims against all other persons and entities whatsoever.

**Wherefore**, Danielle Dufrense Casey and Ford Motor Credit Company LLC pray that this Court enter an order dismissing with prejudice all claims and demands asserted by Casey against Ford Credit in this matter, and all claims and demands asserted by Ford Credit against Casey in this matter, with each party to bear its own respective costs of court and attorneys fees, and with Ford Credit and Casey reserving all of their respective rights and claims against all other persons and entities whatsoever.

Respectfully submitted,

/s/ David S. Moyer_____
David S. Moyer
David S. Moyer, LLC
116 Lakewood Drive
Luling, LA  70070
Phone:  (985) 308-0510
Fax:  (985) 308-0511
Attorney for Danielle Dufrense Casey

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of August 2010, a copy of the foregoing has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management.  All counsel of record are being served with this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

/s/ David S. Moyer_____