# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIELLE DUFRENSE CASEY,** | * | **CIVIL ACTION NO.:  09-7252** |
| *PLAINTIFF* | * | |
| | * | **JUDGE: HELEN G. BERRIGAN** |
| **VERSUS** | * | |
| | * | **MAG. JDG.: JOSEPH C. WILKINSON** |
| **FORD MOTOR CREDIT COMPANY** | * | |
| **LLC and LCRS, INC.,** | * | |
| *DEFENDANTS* | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

CONSIDERING the above and foregoing motion to dismiss with prejudice;

IT IS ORDERED, that all claims and demands asserted herein by Danielle Dufrense Casey ("Casey") against Ford Motor Credit Company LLC ("Ford Credit") in this matter, and all claims and demands asserted by Ford Credit against Casey in this matter, be and the same hereby are dismissed with prejudice, with each party to bear its own respective costs of court and attorneys fees, and with Ford Credit and Casey reserving all of their respective rights and claims against all other persons and entities whatsoever.

New Orleans, Louisiana this ____4th____ day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE